**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 99-6153-CR-MOORE**

**UNITED STATES OF AMERICA**

vs.

**RAMIRO VANOY RAMIREZ,**

**Defendant.**
_____/

**MOTION FOR EXTENSION OF TIME**

The United States of America, through the undersigned Assistant United States Attorney, respectfully submits this Motion for Extension of Time. In support thereof, the United States states as follows:

1.  The Defendant, Ramiro Vanoy Ramirez, filed a Supplemental Motion for Immediate Release Under the First Step Act.

2.  Specifically, the Defendant requests his release based on pre-existing medical conditions and potential exposure to Covid-19.

3.  The enrolled undersigned is currently waiting for the Defendant's historical administrative release motions and medical records to determine the accuracy of the Defendant's claims in his original motion and supplemental motion.

WHEREFORE, the government respectfully requests that this Court grant this motion for a 7-day extension of time, which would make government's response due on June 22, 2019.

                          Respectfully submitted,

                          ARIANA FAJARDO ORSHAN
                          UNITED STATES ATTORNEY

By:    s// *Robert F. Moore* _____
        ROBERT F. MOORE
        Assistant United States Attorney
        Court ID No. A5502488
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9411
        Robert.Moore@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 15, 2020, I electronically filed the foregoing document with the Clerk of the Court and counsel of record using CM/ECF.

*s// Robert F. Moore*
ROBERT F. MOOR E
Assistant United States Attorney