UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-CR-6153-MOORE

UNITED STATES OF AMERICA,

v.

RAMIRO VANOY RAMIREZ,

    Defendant

_____/

## NOTICE OF WITHDRAWAL

RAMIRO VANOY RAMIREZ, through undersigned counsel, respectfully serves notice of withdrawing a recently filed motion and states:

1. On June 1, 2020, undersigned filed a Notice of Appearance on behalf of Mr. Vanoy Ramirez, and a Motion for Immediate Release Under First Step Act (Compassionate Release), DE:2216 and DE:2217, respectively.

2. At the time, undersigned was operating under the incorrect understanding that Mr. Vanoy Ramirez wished to avail himself of undersigned's representation for such purpose.

3. Since filing the motion, undersigned was contacted by private counsel to indicate that he is representing Mr. Vanoy Ramirez in pursuit of other forms of relief, and that undersigned's representation is interfering with his and Mr. Vanoy Ramirez's efforts.

WHEREFORE, undersigned counsel respectfully serves notice of withdrawing the Motion for Immediate Release Under First Step Act (Compassionate Release), [D.E. 2217], that he filed on Mr. Vanoy Ramirez's behalf on June 1, 2020.

Respectfully submitted,

DAVID A. HOWARD, P.A.
25 Southeast 2nd Avenue, Suite No. 1105
Miami, Florida 33131
Telephone: (786) 360-6056
Facsimile: (305) 536-2170
Email: david@davidhowardlaw.com

By: /s/David A. Howard
David A. Howard
Florida Bar No. 956589

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically via CM/ECF system with the Clerk of Court and electronic copies furnished to all interested parties on this 15th day of June, 2020.

By: /s/David A. Howard
David A. Howard